Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
Stephen Noel Ilg, Esq. (S.B. #275599)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  scole@scalaw.com
Email:  mdesario@scalaw.com
Email:  silg@scalaw.com
Web:    www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA RHINERSON and AIDIN MORADI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VAN'S INTERNATIONAL FOODS, INC., d/b/a Van's Natural Foods,<br><br>Defendant. | Case No. 3:13-CV-05923 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS HEARING DATE**<br>AS MODIFIED<br>Honorable Vince Chhabria |

Pursuant to Civil Local Rule 7-12, Plaintiffs Dana Rhinerson and Aidin Moradi ("Plaintiffs") and Defendant Van's International Foods, Inc. ("Defendant") (collectively, "the Parties"), by and through their counsel hereby stipulate and agree as follows:

WHEREAS, Defendant filed its Motion to Dismiss Plaintiffs' Complaint on February 21, 2014 ("Motion");

WHEREAS, the current hearing date is May 29, 2014 and Plaintiffs have a previously scheduled hearing in another matter;

1  WHEREAS, the Parties have conferred and Defendant does not oppose Plaintiffs' request;

2  IT IS HEREBY STIPULATED that

3  1. The hearing for Defendant's Motion to Dismiss is continued to the continued Motion hearing date of June 26, 2014.

4  

5  IT IS SO STIPULATED.

7  Dated: May 14, 2014        HOGAN LOVELLS US LLP

8              By:   /s/ *Benjamin T. Diggs*
                     Benjamin T. Diggs
9                    Attorneys for Defendant
                     Van's International Foods, Inc.

11 Dated: May 14, 2014        SCOTT COLE & ASSOCIATES, APC

12             By:   /s/ *Stephen Noel Ilg*
                     Stephen Noel Ilg
13                   Attorneys for Representative
                     Plaintiffs and the Plaintiff Classes

16 I, Stephen Noel Ilg, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3) that concurrence

17 to the filing of this document has been obtained from each signatory.

18             By:   /s/ *Stephen Noel Ilg*

20 ~~[PROPOSED]~~ **ORDER**

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

```
The parties are reminded of paragraph five of the Court's
standing order for civil cases.
```

25 DATED: May 15, 2014

                          HONORABLE VINCE CHHABRIA
                          United States District Court Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800