| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
| | HOGAN LOVELLS US LLP |
| 2 | 4085 Campbell Avenue, Suite 100 |
| | Menlo Park, California  94025 |
| 3 | Telephone:  + 1 (650) 463-4000 |
| | Facsimile:  + 1 (650) 463-4199 |
| 4 | robert.hawk@hoganlovells.com |

Benjamin T. Diggs (Bar No. 245904)
James N. Tansey (Bar No. 293332)
HOGAN LOVELLS US LLP
3 Embarcadero Ctr., 15th Floor
San Francisco, California 94111
Telephone:  + 1 (415) 374-2300
Facsimile:  + 1 (415) 374-2499
benjamin.diggs@hoganlovells.com
james.tansey@hoganlovells.com

Attorneys for Defendant
VAN'S INTERNATIONAL FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA RHINERSON, and AIDIN MORADI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VAN'S INTERNATIONAL FOODS, INC.,<br><br>Defendant | Case No. 3:13-cv-05923-VC<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
MENLO PARK

[PROPOSED] ORDER
CASE NO. 3:13-CV-05923-VC

# [~~PROPOSED~~] ORDER

Defendant Van' International Foods, Inc.'s motion to continue the Case Management Conference having been duly considered by this Court;

IT IS HEREBY ORDERED that the motion is granted. The Case Management Conference shall be continued until August 26, 2014. The Parties' Joint Case Management Statement shall be filed on or before August 19, 2014.

Dated: July 17, 2014

By: _____

GRANTED

Judge Vince Chhabria

United States District Court
Northern District of California

- 1 -

[PROPOSED] ORDER
CASE NO. 3:13-CV-05923-VC

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
MENLO PARK