| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
|   | HOGAN LOVELLS US LLP |
| 2 | 4085 Campbell Avenue, Suite 100 |
|   | Menlo Park, California  94025 |
| 3 | Telephone:  + 1 (650) 463-4000 |
|   | Facsimile:  + 1 (650) 463-4199 |
| 4 | robert.hawk@hoganlovells.com |
| 5 | Benjamin T. Diggs (Bar No. 245904) |
|   | James N. Tansey (Bar No. 293332) |
| 6 | HOGAN LOVELLS US LLP |
|   | 3 Embarcadero Ctr., 15th Floor |
| 7 | San Francisco, California 94111 |
|   | Telephone:  + 1 (415) 374-2300 |
| 8 | Facsimile:  + 1 (415) 374-2499 |
|   | benjamin.diggs@hoganlovells.com |
| 9 | james.tansey@hoganlovells.com |
| 10 | Attorneys for Defendant |
|    | VAN'S INTERNATIONAL FOODS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA RHINERSON, and AIDIN MORADI, individually and on behalf of all others similarly situated, | Case No. 3:13-cv-05923-VC |
| Plaintiffs, | **REQUEST FOR WITHDRAWAL OF COUNSEL AND [~~PROPOSED~~] ORDER** |
| v. | Honorable Vince Chhabria |
| VAN'S INTERNATIONAL FOODS, INC., | |
| Defendant | |

Defendant Van's International Foods, Inc. ("Van's") respectfully requests that the Court permit Hogan Lovells US LLP to withdraw as a counsel of record for Van's, and requests that the following attorneys be removed from the Court's electronic mail notification list:

Robert B. Hawk (Bar No. 118054)
robert.hawk@hoganlovells.com

Benjamin T. Diggs (Bar No. 245904)
benjamin.diggs@hoganlovells.com

James N. Tansey (Bar No. 293332)
james.tansey@hoganlovells.com

Dale J. Giali and Michael L. Resch of Mayer Brown LLP have appeared in this action as counsel of record for Van's and will serve as lead counsel for Van's going forward. The undersigned confirms that Van's has consented to the withdrawal as counsel of Hogan Lovells US LLP.

Dated: August 7, 2014     By:     */s/ Robert B. Hawk*
                                  Robert B. Hawk
                                  Hogan Lovells US LLP

Case 3:13-cv-05923-VC   Document 60   Filed 08/08/14   Page 3 of 3

**ORDER**

The Court hereby orders that the request of Defendant Van's International Foods, Inc. to substitute Dale J. Giali and Michael L. Resch of Mayer Brown LLP as attorneys of record instead of Robert B. Hawk, Hogan Lovells US LLP, and to permit the withdrawal of Hogan Lovells US LLP as counsel in this matter, is HEREBY GRANTED. The following lawyers shall be removed from the electronic mail notification list for this action:

    Robert B. Hawk (Bar No. 118054)
    robert.hawk@hoganlovells.com

    Benjamin T. Diggs (Bar No. 245904)
    benjamin.diggs@hoganlovells.com

    James N. Tansey (Bar No. 293332)
    james.tansey@hoganlovells.com

Dated: August 8, 2014            _____
                                        The Honorable Vince Chhabria
                                        UNITED STATES DISTRICT COURT

Hogan Lovells US LLP
Attorneys At Law
Menlo Park

- 2 -

REQUEST FOR WITHDRAWAL OF COUNSEL;
CASE NO. 3:13-CV-05923-VC