Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
Stephen Noel Ilg, Esq. (S.B. #275599)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:   scole@scalaw.com
Email:   mdesario@scalaw.com
Email:   silg@scalaw.com
Web:     www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

Dale J. Giali (Cal. Bar No. 150382)
*dgiali@mayerbrown.com*
Michael L. Resch (Cal. Bar No. 202909)
*mresch@mayerbrown.com*
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:    (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
VAN'S INTERNATIONAL FOODS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA RHINERSON and AIDIN MORADI, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>VAN'S INTERNATIONAL FOODS, INC., d/b/a Van's Natural Foods,<br><br>          Defendant. | Case No. 3:13-CV-05923 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**<br><br>Honorable Vince Chhabria |

1    Pursuant to Civil Local Rule 7-12, Plaintiffs Dana Rhinerson and Aidin Moradi ("Plaintiffs")
2    and Defendant Van's International Foods ("Defendant") (collectively, "the Parties"), by and through
3    their counsel hereby stipulate and agree as follows:
4    WHEREAS, on December 20, 2013, Plaintiffs filed their Complaint for Damages with this
5    Court indentifying Van's International Foods, Inc. as a Defendant in this action.
6    WHEREAS, Defendant informed Plaintiffs that its legal name does not contain "Inc."
7    WHEREAS, counsel for both Parties met and conferred with respect to Defendant's legal
8    name.
9    WHEREAS, both Parties agreed that Plaintiffs should be permitted to amend the pleadings to
10   correct Defendant's legal name.
11   **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties,
12   through their respective counsel of record, as follows:
13   1.    The Parties stipulate and agree that Plaintiffs can file their First Amended Complaint
14   to change Defendant's name from "Van's International Foods, Inc." to "Van's International Foods,"
15   and subject to the approval of the Court, the proposed First Amended Complaint shall be in the form
16   attached hereto as Exhibit "A."
17   2.    Plaintiffs shall file their First Amended Complaint within 30 days of the date this
18   Order is entered.
19
20   **IT IS SO STIPULATED.**
21
22   Dated:  October 17, 2014
23                                                    SCOTT COLE & ASSOCIATES, APC
24
25                                         By:    /s/ *Stephen Noel Ilg*
                                                  Stephen Noel Ilg
26                                                Attorneys for Representative Plaintiffs
                                                  and the Plaintiff Classes
27
28

| | |
|---|---|
| Dated: October 17, 2014 | MAYER BROWN LLP |

By:  /s/ Dale Giali
Dale J. Giali
Attorneys for Defendant
Van's International Foods

I, Stephen Noel Ilg, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory.

By:  /s/ *Stephen Noel Ilg*
Stephen Noel Ilg
Attorneys for Representative Plaintiffs
and the Plaintiff Classes

### ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 20, 2014

HONORABLE VINCE CHHABRIA
United States District Court Judge