**MAYER BROWN LLP**
Dale J. Giali (Cal. Bar No. 150382)
dgiali@mayerbrown.com
Michael L. Resch (Cal. Bar No. 202909)
mresch@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:     (213) 625-0248

Attorneys for Defendant
VAN'S INTERNATIONAL FOODS

**SCOTT COLE AND ASSOCIATES, APC**
Scott Edward Cole, Esq. (Cal. Bar No. 160744)
scole@scalaw.com
Molly A. DeSario, Esq. (Cal. Bar No. 230763)
mdesario@scalaw.com
Stephen Noel Ilg, Esq. (Cal. Bar No. 275599)
silg@scalaw.com
1970 Broadway, Ninth Floor
Oakland, CA 94612
Telephone:     (510) 891-9800
Facsimile:     (510) 891-7030)

Attorneys for Plaintiffs
DANA RHINERSON AND AIDIN MORADI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA RHINERSON, *et al.*, | Case No. 3:13-cv-05923 |
| Plaintiffs, | The Honorable Vince Chhabria |
| v. | **STIPULATION AND [PROPOSED] ORDER TO DEEM DEFENDANT VAN'S INTERNATIONAL FOOD'S ANSWER TO PLAINTIFF'S COMPLAINT APPLICABLE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| VAN'S INTERNATIONAL FOODS | |
| Defendant. | |

1. Pursuant to Civil Local Rule 7-12, Plaintiffs Dana Rhinerson and Aidin Moradi ("plaintiffs") and Defendant Van's International Foods ("Van's"), by and through their attorneys of record, stipulate as follows:

WHEREAS, on July 16, 2014, Van's filed an Answer to plaintiffs' complaint.

WHEREAS, on October 22, 2014, plaintiffs filed a First Amended Complaint solely to correct Van's legal name to not contain the entity designation "Inc."

WHEREAS, counsel for both Parties met and conferred with respect to Van's Answer to the First Amended Complaint.

WHEREAS, both parties agreed that Van's previously-filed Answer should be deemed to apply to plaintiffs' First Amended Complaint.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their respective counsel of record, as follows:

1. Defendant Van's International Foods (Van's) shall not be required to answer plaintiffs' First Amended Complaint, filed on October 22, 2014, ECF No. 67.  In addition, all denials, responses, and affirmative defenses contained in Van's Answer, filed on July 16, 2014, ECF No. 54, shall be deemed to be Van's denials, responses, and affirmative defenses to the First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: November 25, 2014                    By:  _/s/ Stephen Noel Ilg_

SCOTT EDWARD COLE
MOLLY A. DESARIO
STEPHEN NOEL ILG

Attorneys for Plaintiffs
DANA RHINERSON AND AIDIN MORADI

DATED: November 25, 2014          By:    *s/ Dale J. Giali*

                DALE J. GIALI
                MICHAEL L. RESCH

                Attorneys for Defendant
                VAN'S INTERNATIONAL FOODS.

I, Dale J. Giali, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory.

                By:    *s/ Dale J. Giali*

                DALE J. GIALI

                Attorney for Defendant
                VAN'S INTERNATIONAL FOODS.

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 26, 2014

                HON. VINCE CHHABRIA
                United States District Judge