Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
Stephen Noel Ilg, Esq. (S.B. #275599)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:   scole@scalaw.com
Email:   mdesario@scalaw.com
Email:   silg@scalaw.com
Web:     www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

Dale J. Giali (Cal. Bar No. 150382)
*dgiali@mayerbrown.com*
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:    (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
VAN'S INTERNATIONAL FOODS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA RHINERSON and AIDIN MORADI, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>VAN'S INTERNATIONAL FOODS, INC., d/b/a Van's Natural Foods,<br><br>                      Defendant. | Case No. 3:13-CV-05923 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES**<br><br>Honorable Vince Chhabria |

-1-
Stipulation And [Proposed] Order To Continue Pretrial Deadlines

Pursuant to Civil Local Rule 7-12, Plaintiffs Dana Rhinerson and Aidin Moradi ("Plaintiffs") and Defendant Van's International Foods ("Defendant") (collectively, "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Court has previously ordered the following dates and pretrial deadlines:

| | |
|---|---|
| February 6, 2015 | Discovery Cut-Off |
| February 19, 2015 | Deadline for Plaintiffs to file their Motion for Class Certification |
| March 26, 2015, 10:00 a.m. | Hearing on Plaintiffs' Motion for Class Certification |

**WHEREAS**, the Parties have exchanged and responded to initial rounds of written discovery and continue to meet and confer in order to informally resolve any discovery disputes.

**WHEREAS**, the Parties began the task of electronic discovery on October 14, 2014, and are currently working to finalize an electronic discovery protocol. Defendant has retained an electronic discovery provider, Advanced Discovery, and the Parties expect that electronic discovery will commence in earnest within the next sixty days.

**WHEREAS**, since the inception of this case, Defendant has undergone **two** separate change of control transactions which have resulted in significant changes in management and have unintentionally contributed to delays in the discovery process.

**WHEREAS**, in addition to making strides toward completing discovery, the parties have also focused on scheduling a mediation. The Parties have selected Bruce A. Friedman as a mediator and are currently attempting to schedule a mediation date prior to March 25, 2015.

**WHEREAS**, although the Parties have been diligently working to complete discovery, the parties need additional time to complete discovery prior to the filing of Plaintiff's Motion for Class Certification and thus agree that a continuance of the pretrial deadlines of five months is necessary to complete discovery.

**WHEREAS**, the Parties further agree that this stipulation will not alter or affect any other dates and pretrial deadlines set by the Court other than those set forth *supra*. Moreover, the parties agree that this stipulation does not act to re-open or affect any previously-expired deadline.

**NOW, THEREFORE**, the Parties stipulate and agree to the following discovery deadlines, briefing schedule and hearing date regarding Plaintiffs' Motion for Class Certification:

| | |
|---|---|
| July 6, 2015 | Discovery Cut-Off |
| July 20, 2015 | Deadline for Plaintiffs to file their Motion for Class Certification |
| August 13, 2015, 10:00 a.m. | Hearing on Plaintiffs' Motion for Class Certification |

1. These stipulated date and deadline changes will not change or alter, or serve as the basis to change or alter, any other deadlines currently set by the Court other than those set forth *supra*. Moreover, this stipulation will not act to reopen any previously-elapsed dates or deadlines.

**IT IS SO STIPULATED.**

Dated:  January  8, 2015

          SCOTT COLE & ASSOCIATES, APC

          By:   /s/ *Stephen Noel Ilg*
                 Stephen Noel Ilg
                 Attorneys for Representative Plaintiffs
                 and the Plaintiff Classes

Dated:  January  8, 2015          MAYER BROWN LLP

          By:   /s/ *Dale Giali*
                 Dale J. Giali
                 Attorneys for Defendant
                 Van's International Foods

I, Stephen Noel Ilg, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory.

          By:   /s/ *Stephen Noel Ilg*
                 Stephen Noel Ilg
                 Attorneys for Representative Plaintiffs
                 and the Plaintiff Classes

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 9, 2015

_____
HONORABLE VINCE CHHABRIA
United States District Court Judge

-4-
Stipulation And [Proposed] Order To Continue Pretrial Deadlines

AMECURRENT 714469367.1 06-Jan-15 11:00