UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VAN'S INTERNATIONAL FOODS,
INC., "ALL NATURAL" LITIGATION                                  MDL No. 2618

(SEE ATTACHED SCHEDULE)

ORDER DEEMING MOTION WITHDRAWN

Before the Panel is a motion, pursuant to 28 U.S.C. § 1407, by Plaintiff Gregory Frei, seeking transfer of the actions on the attached schedule to the Central District of California, for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw his Section 1407 motion.

IT IS THEREFORE ORDERED that plaintiff's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VAN'S INTERNATIONAL FOODS, INC.,
"ALL NATURAL" LITIGATION                                MDL No. 2618

SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 15−00672 | Patricia Patricia v. Van's International Foods Inc |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 13−05923 | Rhinerson, et al v. Van's International Foods, Inc. |
| COLORADO | | | |
| CO | 1 | 15−00209 | Frei v. Van's International Foods |