1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  *dgiali@mayerbrown.com*
   Michael L. Resch (SBN 202909)
3  *mresch@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   VAN'S INTERNATIONAL FOODS
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

| DANA RHINERSON, et al., | Case No. 3:13-cv-05923 VC |
|---|---|
| Plaintiffs, | The Honorable Vince Chabbria |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL L. RESCH AND [PROPOSED] ORDER** |
| VAN'S INTERNATIONAL FOODS, | |
| Defendant. | Complaint filed 12/20/13 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of December 31, 2014, subject to the approval of the Court pursuant to Local Rule 11-5, attorney Michael L. Resch withdraws as counsel for Van's Inernational Foods and will no longer appear as counsel of record in this action.

Van's International Foods will continue to be represented by Dale J. Giali of the law firm Mayer Brown LLP.

DATED: December 31, 2014                MAYER BROWN LLP

                                        By: /s/ Michael L. Resch
                                            Michael L. Resch
                                        ATTORNEYS FOR DEFENDANT
                                        Van's International Foods

## [~~PROPOSED~~] ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

DATED: April 2, 2015

_____
Hon. Vince Chabbria
Judge, United States District Court