1  **MAYER BROWN LLP**
   Dale J. Giali (Cal. Bar No. 150382)
2  dgiali@mayerbrown.com
   Keri E. Borders (Cal. Bar No. 194015)
3  kborders@mayerbrown.com
   350 South Grand Avenue
4  25th Floor
   Los Angeles, CA  90071-1503
5  Telephone:     (213) 229-9500
   Facsimile:      (213) 625-0248
6

7  Attorneys for Defendant
   VAN'S INTERNATIONAL FOODS
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12

13  DANA RHINERSON, *et al.*,            Case No. 3:13-cv-05923 VC

14                  Plaintiffs,          The Honorable Vince Chhabria

15       v.                              [~~PROPOSED~~] **ORDER REGARDING APRIL 28, 2015 DISCOVERY DISPUTE**
16  VAN'S INTERNATIONAL FOODS
                                         AS MODIFIED
17                  Defendant.

# [PROPOSED] ORDER AS MODIFIED

~~After considering the discovery dispute submitted to the Court for decision by Plaintiffs and Defendant Van's International Foods ("Van's"), the Court rules as follows:~~

1. ~~The Parties are to meet and confer with respect to the ESI protocol in light of Plaintiffs' newly served Second Set of Requests For Production. Plaintiffs shall bear the costs of any additional searches of ESI that are necessitated by Plaintiffs late additions to the previously agreed upon ESI protocol.~~

2. ~~Van's will continue to review and produce ESI documents pursuant to the parties prior agreement. Van's will complete its next production within sixty (60) days.~~

3. ~~Plaintiffs' motion to compel further production of documents is denied.~~

**IT IS SO ORDERED.**

DATED: May 1, 2015



_____
HON.
United

The Court denies the discovery letter at dkt. no. 80 without prejudice to renewing it one week before the next hearing. The parties are ordered to appear at a case management conference on May 26, 2015, at 10:00 a.m. and file an updated joint case management statement no later than 7 days prior to the FCMC.