MAYER BROWN LLP
Dale J. Giali (Cal. Bar No. 150382)
*dgiali@mayerbrown.com*
Keri E. Borders (Cal. Bar. No. 194015)
*kborders@mayerbrown.com*
Rebecca B. Johns (Cal. Bar. No. 293989)
*rjohns@mayerbrown.com*
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
VAN'S INTERNATIONAL FOODS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA RHINERSON, and AIDIN MORADI, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VAN'S INTERNATIONAL FOODS, d/b/a Vans Natural Foods,<br><br>Defendants. | Lead Case No. 3:13-cv-05923-VC<br><br>Case No.: 3:15-cv-01509-VC<br><br>Case No.: 3:15-cv-01723-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DEEM DEFENDANT VAN'S INTERNATIONAL FOOD'S ANSWER TO PLAINTIFFS' COMPLAINT APPLICABLE TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT** |
| PATRICIA CAMPBELL, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VAN'S INTERNATIONAL FOODS, INC., an Arizona corporation,<br><br>Defendants. | |

|   |   |
|---|---|
| GREGORY FREI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| VAN'S INTERNATIONAL FOODS, INC., a California Corporation, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-12, plaintiffs and Defendant Van's International Foods ("Van's"), by and through their attorneys of record, stipulate as follows:

WHEREAS, on July 16, 2014, Van's filed an Answer to plaintiffs' Complaint. ECF No. 54.

WHEREAS, on October 22, 2014, plaintiffs filed a First Amended Complaint solely to correct Van's legal name to not contain the entity designation "Inc." ECF No. 67.

WHEREAS, on November 25, 2014, Van's filed a Stipulation to Deem Answer Applicable to First Amended Complaint. ECF No. 68.

WHEREAS, on June 29, 2015, plaintiffs in the three above-captioned actions filed a First Amended Consolidated Complaint, virtually identical to the First Amended Complaint filed on October 22, 2014. *See* ECF No. 89.

WHEREAS, counsel for both Parties met and conferred with respect to Van's Answer to the First Amended Consolidated Complaint.

WHEREAS, both parties agreed that Van's previously filed Answer should be deemed to apply to plaintiffs' First Amended Consolidated Complaint.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their respective counsel of record, as follows:

1. Defendant Van's International Foods (Van's) shall not be required to answer plaintiffs' First Amended Consolidated Complaint, filed on June 29, 2015, at ECF No. 89. In addition, all denials, responses, and affirmative defenses contained in Van's Answer, filed on July 16, 2014, at ECF No. 54, shall be deemed to be Van's denials, responses, and affirmative

defenses to the First Amended Consolidated Complaint.

2.   In particular, Van's Answer to paragraphs 1 through 8 of the Complaint shall be deemed to answer paragraphs 1 through 11 of the First Amended Consolidated Complaint. Van's Answer to paragraphs 9 through 123 of the Complaint shall be deemed to answer paragraphs 12 through 126 of the First Amended Consolidated Complaint.  Van's Answer to paragraphs 124 through 125 of the Complaint shall be deemed to answer paragraph 127 of the First Amended Consolidated Complaint.  Van's Answer to paragraphs 126 through relief sought in the Complaint shall be deemed to respond to paragraphs 128 through relief sought in the First Amended Consolidated Complaint.

**IT IS SO STIPULATED.**

Dated:  July 7, 2015                             MAYER BROWN LLP

                                                 By:    */s/ Keri E. Borders*
                                                        Keri E. Borders
                                                        Attorneys for Defendant
                                                        Van's International Foods

Dated: July 7, 2015                              SCOTT COLE & ASSOCIATES, APC

                                                 By:    */s/ Christopher B. Johnson*
                                                        Christopher B. Johnson
                                                        Attorneys for Representative Plaintiffs
                                                        and the Plaintiff Classes

**ATTESTATION**

I, Keri E. Borders, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory.

                                                 By:    */s/ Keri E. Borders*
                                                        Keri E. Borders

1                  [PROPOSED] ORDER

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 DATED: July 9, 2015

4                             HON. VINCE CHHABRIA
                             United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28