UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA RHINERSON, et al.,

Plaintiffs,

v.

VAN'S INTERNATIONAL FOODS, INC.,

Defendant.

Case No.  13-cv-05923-VC

**ORDER GRANTING MOTION TO STAY**

Re: Dkt. No. 88

The motion to stay the consolidated cases pending a hearing on the motion for final approval of the class settlement in Missouri state court is granted.  It's true, as the Rhinerson and Moradi plaintiffs point out, that a quick settlement in a later-filed class action generally is a yellow flag with respect to fairness concerns.  The Rhinerson and Moradi plaintiffs also correctly note that the circumstances surrounding the proposed Missouri settlement raise particular concerns.  But this is not a motion about the reasonableness of the proposed Missouri settlement.  It is a motion to stay the case here pending a ruling on the proposed settlement there.  The plaintiffs may challenge the propriety of the proposed settlement in the Missouri court system.  Meanwhile, this case is stayed until October 20, 2015, at which point an in-person case management conference will take place at 10:00 a.m.  The parties must file a joint case management statement within seven days of the case management conference.

   **IT IS SO ORDERED.**

Dated: July 30, 2015

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California